Marvin E. Krakow, State Bar No. 081228
Gail A. Glick, State Bar No. 174293
ALEXANDER KRAKOW + GLICK LLP
401 Wilshire Blvd, Suite 1000
Santa Monica, CA 90401
Telephone: 310.394.0888
Facsimile: 310.394.0811
Email: mkrakow@akgllp.com, gglick@akgllp.com

James A. Clark, State Bar No. 278372
Renee N. Parras, State Bar No. 283441
Michael M. Mette, State Bar No. 293023
TOWER LEGAL GROUP, P.C.
1510 J Street, Suite 125
Sacramento, CA 95814
Telephone: 916.361.6009
Facsimile: 916.361.6019
Email: james.clark@towerlegalgroup.com, renee.parras@towerlegalgroup.com, michael.mette@towerlegalgroup.com

Attorneys for Plaintiff
TIMOTHY MCDANIEL


Gregory C. Cheng, State Bar No. 226865
Sarah R. Nichols, State Bar No. 233099
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: 415.442.4810
Facsimile: 415.442.4870
Email: gregory.cheng@ogletreedeakins.com, sarah.nichols@ogletreedeakins.com

Attorneys for Defendant
MONDELĒZ GLOBAL, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MCDANIEL, | Case No. 2:14-cv-00898-WBS-AC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO VOLUNTARILY DISMISS ACTION WITH PREJUDICE** |
| v. | |
| MONDELĒZ GLOBAL, LLC, a Delaware Limited Liability Corporation; and/or DOES 1-25, inclusive, | Complaint Filed: February 27, 2014<br>Trial Date: December 29, 2015 |
| Defendant. | |

(Note: "PROPOSED" appears with strikethrough)

Plaintiff Timothy McDaniel ("Plaintiff") and defendant Mondelēz Global, LLC ("Defendant") hereby stipulate through their counsel of record that the above-captioned action be voluntarily dismissed with prejudice, without costs or fees awarded to either party, pursuant to the parties' settlement agreement in this matter.

**IT IS SO STIPULATED, BY AND THROUGH COUNSEL OF RECORD.**

DATED: May 15, 2015          TOWER LEGAL GROUP, P.C.


                             By:  */s/  James A. Clark*
                                  James A. Clark
                                  Renee N. Parras
                                  Michael M. Mette

                             Attorneys for Plaintiff
                             TIMOTHY MCDANIEL


DATED: May 15, 2015          OGLETREE, DEAKINS, NASH, SMOAK &
                             STEWART, P.C.


                             By:  */s/  Gregory C. Cheng*
                                  Gregory C. Cheng
                                  Sarah R. Nichols

                             Attorneys for Defendant
                             MONDELĒZ GLOBAL, LLC

**ORDER**

Based on the foregoing stipulation between the parties, it is hereby ordered that the above-entitled matter be dismissed with prejudice, without costs or fees awarded to either party.

**IT IS SO ORDERED.**

Dated: May 15, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

21227457.1